**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN JAMAL FOUCHER,<br><br>        Plaintiff,<br><br>    v.<br><br>TORRANCE SUPERIOR COURT, et al.,<br><br>        Defendants. | No. CV 10-862-MMM(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:  April 29, 2010

_____
MARGARET M. MORROW
United States District Judge